**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **The Palm Valley School, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **95-2133079** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **35-525 Da Vall Drive**<br>**Rancho Mirage, CA 92270**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Riverside**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.pvs.org**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **The Palm Valley School, Inc.**       Case number *(if known)* _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **The Palm Valley School, Inc.** _____ Case number (*if known*) _____
Name

| | |
|---|---|
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

---

11. **Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

13. **Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

14. **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

15. **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

16. **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**              page 3

Debtor  **The Palm Valley School, Inc.**                                    Case number (*if known*)
        Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | The Palm Valley School, Inc. | Case number (If known) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 5, 2026**
MM / DD / YYYY

X _____          Sarah L. Dunn, Ph.D.
Signature of authorized representative of debtor          Printed name

Title    **Chairperson of the Board**

**18. Signature of attorney**    X _____          Date **June 8, 2026**
Signature of attorney for debtor          MM / DD / YYYY

**Summer Shaw, Esq.**
Printed name

**SHAW & HANOVER, PC**
Firm name

**44-901 Village Court, Suite B**
**Palm Desert, CA 92260**
Number, Street, City, State & ZIP Code

Contact phone    **(760) 610-0000**          Email address    **ss@shaw.law**

**283598 CA**
Bar number and State

United States Bankruptcy Court
**Central District of California**

In re   The Palm Valley School, Inc. _____   Case No. _____

_____   Chapter    11   _____

                                   Debtor(s)

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Sarah L. Dunn, Ph.D.**, declare under penalty of perjury that I am the **Chairperson of the Board** of **The Palm Valley School, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 5th of June, 2026.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Sarah L. Dunn, Ph.D., Chairperson of the Board** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** (and elect Subchapter V, if appropriate) voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Sarah L. Dunn, Ph.D., Chairperson of the Board** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Sarah L. Dunn, Ph.D., Chairperson of the Board** of this Corporation is authorized and directed to continue employment of **Summer Shaw, Esq.**, attorney of the law firm of **SHAW & HANOVER, PC** to represent the corporation in such bankruptcy case as general counsel."

Date   06/05/2025 _____         Signed   _Sarah Dunn_ _____
                                                   **Sarah L. Dunn, Ph.D., Chairperson of the
                                                   Board of The Palm Valley School, Inc.**

Fill in this information to identify the case:

Debtor name    **The Palm Valley School, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    *Amended Schedule*  _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 5, 2026**          X  _____
                            Signature of individual signing on behalf of debtor

                            **Sarah L. Dunn, Ph.D.**
                            Printed name

                            **Chairperson of the Board**
                            Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **The Palm Valley School, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Adam Johnson PO Box 368 Thousand Palms, CA 92276 | | Deposit for 2026/2027 | | | | $3,000.00 |
| Bernhard Brandenburg 35449 Sereno Lane Palm Desert, CA 92211 | | Deposit for 2026/2027 | | | | $2,000.00 |
| Deston Bennett 77543 Malone Cir. Palm Desert, CA 92211 | | Deposit for 2026-2027 | | | | $2,000.00 |
| Elena Bulatova 70442 Verlaine Dr Rancho Mirage, CA 92270 | | Deposit for 2026/2027 | | | | $2,000.00 |
| Eric Todorski 75285 Buckley Drive Palm Desert, CA 92211 | | Deposit for 2026/2027 | | | | $2,000.00 |
| Kevin Wiseman 74179 Pele Place Palm Desert, CA 92211 | | Deposit for 2026/2027 | | | | $2,000.00 |
| Kylie William 238 Strada Fortuna Palm Desert, CA 92260 | | Deposit for 2026/2027 | | | | $2,000.00 |
| Leaf PO Box 5066 Hartford, CT 06102-5066 | | 6 xerox copy machines | | $117,241.86 | $0.00 | $117,241.86 |

Debtor    **The Palm Valley School, Inc.**  _____    Case number *(if known)*  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Lester Kiss** 1640 Stonehedge Road Palm Springs, CA 92264 | | **Deposit for 2026/2027** | | | | $2,000.00 |
| **Manuel Suero** 1046 Bella Vista Palm Springs, CA 92264 | | **Deposit for 2026/2027** | | | | $2,000.00 |
| **Matt Cavnar** 1456 E San Lorenzo Road Palm Springs, CA 92264 | | **Deposit for 2026/2027** | | | | $2,000.00 |
| **Melissa Winn** 68105 Seven Oaks Place Cathedral City, CA 92234 | | **Deposit for 2026/2027** | | | | $2,000.00 |
| **Paul Lewin** 16 Summer Sky Circle Rancho Mirage, CA 92270 | | **Deposit for 2026/2027** | | | | $3,000.00 |
| **Pluto Investments US, Inc., a Delaw** 83 Royal Saint Georges Way Rancho Mirage, CA 92270 | | **Loan to pay payroll** | | | | $20,000.00 |
| **Sabrina Eaton** 9 Mount San Jacinto Circle Rancho Mirage, CA 92270 | | **Deposit for 2026/2027** | | | | $2,000.00 |
| **Saundra Vild** 75419 La Cresta Dr Palm Desert, CA 92211 | | **Deposit for 2026/2027** | | | | $2,000.00 |
| **Shibani Medina** 42407 Marzio Way Indio, CA 92203 | | **Deposit for 2026/2027** | | | | $2,000.00 |
| **Tiaunia Henry** 15 Lake Tahoe Drive Rancho Mirage, CA 92270 | | **Deposit for 2026/2027** | | | | $2,000.00 |
| **Travis Dunn** 52 Sherwood Road Rancho Mirage, CA 92270 | | **Deposit for 2026/2027** | | | | $2,000.00 |

Debtor  **The Palm Valley School, Inc.**
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Zorina Mor 6 Lake Mendocino Drive Rancho Mirage, CA 92270** | | **Deposit for 2026/2027** | | | | $2,000.00 |

## United States Bankruptcy Court
### Central District of California

In re  **The Palm Valley School, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chairperson of the Board** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 5, 2026**

Signature _____
Sarah L. Dunn, Ph.D.

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address

**Summer Shaw, Esq.**
**44-901 Village Court, Suite B**
**Palm Desert, CA 92260**
**(760) 610-0000 Fax: (760) 687-2800**
California State Bar Number: **283598 CA**
**ss@shaw.law**

FOR COURT USE ONLY

☑ *Proposed General Counsel for: Debtor and Debtor-in-possession*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**The Palm Valley School, Inc.**

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
CHAPTER:    **11**

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Sarah L. Dunn, Ph.D.**                    , the undersigned in the above-captioned case, hereby declare
_____
*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

    ☑ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    *[For additional names, attach an addendum to this form.]*

b.    ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**June 5, 2026**

Date

By: _____

Signature of Debtor, or attorney for Debtor

Name:    **Sarah L. Dunn, Ph.D.** _____

Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None
_____

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None
_____

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None
_____

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None
_____

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Palm Desert**_____, California.

Date:        **June 5, 2026**_____

Sarah L. Dunn, Ph.D.
Signature of Debtor 1

_____
Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page 1            **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name  **The Palm Valley School, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1 Leaf**
Creditor's Name

**PO Box 5066**
**Hartford, CT 06102-5066**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**4/1/2025**
**Last 4 digits of account number**
**5006**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**6 xerox copy machines**

_____

**Describe the lien**
**Lease Agreement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$117,241.86**   Column B: **$0.00**

**2.2 Mortgage Vintage, Inc.**
Creditor's Name
**260 Newport Center Drive**
**Attn: Agent for Service of Process**
**Newport Beach, CA 92660**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**09/22/25**
**Last 4 digits of account number**
**1682**
**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**35525 Da Vall Drive, Ranco Mirage, CA 92270**
**APN 673-250-021 & 022**
**Pre-K to 12th Grade Private School**
**CMV from Appraisal completed on 6/25/2025**

**Describe the lien**
**2nd DOT matures on 10/1/2027**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$2,500,000.00**   Column B: **$24,800,000.00**

Debtor    **The Palm Valley School, Inc.**                          Case number (if known) _____
          Name

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

**1. Riverside County Tax
Collector***
**2. Towerco Assets LLC**
**3. Tower Entity 4, LLC**
**4. SBA Network Services,
LLC**
**5. Zion Bancorporation,
N.A.**
**6. Mortgage Vintage, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.3** | **Riverside County Tax Collector*** | | |

**Riverside County Tax
Collector***
Creditor's Name

**PO Box 12005
Riverside, CA 92502-2205**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2025-2026**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.2**

**Describe debtor's property that is subject to a lien**
**35525 Da Vall Drive, Ranco Mirage, CA 92270
APN 673-250-021 & 022
Pre-K to 12th Grade Private School
CMV from Appraisal completed on 6/25/2025**

**Describe the lien**
**Statutory Lien for Property Taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$37,343.91**        **$24,800,000.00**

---

| | | | |
|---|---|---|---|
| **2.4** | **SBA Network Services, LLC** | | |

**SBA Network Services,
LLC**
Creditor's Name
**5900 Broken Sound
Parkway NW
Attn: Officer, Director or
Managing Agent
Boca Raton, FL 33487**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/29/2014**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**

**Describe debtor's property that is subject to a lien**
**35525 Da Vall Drive, Ranco Mirage, CA 92270
APN 673-250-021 & 022
Pre-K to 12th Grade Private School
CMV from Appraisal completed on 6/25/2025**

**Describe the lien**
**Easement Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$0.00**        **$24,800,000.00**

---

Debtor **The Palm Valley School, Inc.**      Case number (if known) _____

Name

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Tower Entity 4, LLC** | | |
|---|---|---|---|

Creditor's Name

**c/o Tower Co Acquisition LLC**
**5000 Valleystone Drive**
**Attn: Officer, Dir or Mng Agent**
**Cary, NC 27519**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/2009**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**Describe debtor's property that is subject to a lien**     $0.00     $24,800,000.00
**35525 Da Vall Drive, Ranco Mirage, CA 92270**
**APN 673-250-021 & 022**
**Pre-K to 12th Grade Private School**
**CMV from Appraisal completed on 6/25/2025**

**Describe the lien**
**Assignment and Assumption of Lease**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Towerco Assets LLC** | | |
|---|---|---|---|

Creditor's Name

**5000 Valleystone Drive**
**Attn: Officer, Director or Managing**
**Agent**
**Cary, NC 27519**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/27/2012**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**Describe debtor's property that is subject to a lien**     $0.00     $24,800,000.00
**35525 Da Vall Drive, Ranco Mirage, CA 92270**
**APN 673-250-021 & 022**
**Pre-K to 12th Grade Private School**
**CMV from Appraisal completed on 6/25/2025**

**Describe the lien**
**Right of First Refusal Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Zion Bancorporation, N.A.** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**     $5,227,180.81     $24,800,000.00

---

Debtor **The Palm Valley School, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| Creditor's Name | **35525 Da Vall Drive, Ranco Mirage, CA 92270** |
| **dba California Bank & Trust** | **APN 673-250-021 & 022** |
| **Attn:  Officer, Director &** | **Pre-K to 12th Grade Private School** |
| **Managing** | **CMV from Appraisal completed on 6/25/2025** |
| **11622 El Camino Real,** | |
| **Suite 200** | |
| **San Diego, CA 92130** | |

Creditor's mailing address

**Describe the lien**
**1st DOT matures on 11/1/46 at 4.2%**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/29/2021**

**Last 4 digits of account number**
**1924**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| |
|---|
| **$7,881,766.58** |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **FCI Lender Services, Inc.**<br>**Attn: Agent for Service of Process**<br>**8180 E. Kaiser Boulevard**<br>**Anaheim, CA 92808** | Line _2.2_ | |
| **FCI Lender Services, Inc.**<br>**PO Box 27370**<br>**RE: Acct No xxxxx9910**<br>**Anaheim, CA 92809-0112** | Line _2.2_ | |
| **SBA Network Services, LLC**<br>**Attn: Agent for Service of Process**<br>**801 US Hwy 1**<br>**North Palm Beach, FL 33408** | Line _2.4_ | |
| **Tower Entity 4, LLC**<br>**Attn: Agent for Service of Process**<br>**CSC-Lawyers Inc**<br>**2710 Gateway Oaks Drive**<br>**Sacramento, CA 95833** | Line _2.5_ | |
| **TowerCo Assets, LLC**<br>**Attn:  Agent for Service of Process**<br>**5000 Valleystone Drive, Ste 200**<br>**Cary, NC 27519** | Line _2.6_ | |

Debtor   **The Palm Valley School, Inc.**                                    Case number (if known) _____
         Name

**Zions Bancorporation, N.A.**                                      Line __2.7__
**dba California Bank & Trust**
**Attn: Agent for Service of Process**
**11622 El Camino Real, Suite 200**
**San Diego, CA 92130**

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Summer Shaw, Esq.**<br>**44-901 Village Court, Suite B**<br>**Palm Desert, CA 92260**<br>(760) 610-0000 Fax: (760) 687-2800<br>California State Bar Number: 283598 CA<br>ss@shaw.law | FOR COURT USE ONLY |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**The Palm Valley School, Inc.** | CASE NO.:<br>CHAPTER: **11** |
|---|---|
| <br><br><br>Debtor(s). | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __28__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **June 4, 2026** _____

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **June 4, 2026** _____

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    **F 1007-1.MAILING.LIST.VERIFICATION**

The Palm Valley School, Inc.
35-525 Da Vall Drive
Rancho Mirage, CA 92270


Summer Shaw, Esq.
SHAW & HANOVER, PC
44-901 Village Court, Suite B
Palm Desert, CA 92260


Abhiram Ogili
75709 Montage Parkway
Palm Desert, CA 92211


Abiy Gizaw
36724 Avenida Del Sol
Cathedral City, CA 92234


Adam Johnson
PO Box 368
Thousand Palms, CA 92276


Adrian Macias
81344 Poppy St
Indio, CA 92201


Adrian Marquez Lopez
31110 Avenida El Mundo
Cathedral City, CA 92234


Alastir J. Gilmour
43426 Hazelton lane
Indio, CA 92203

Alice Burkholder
82877 Tyler Ct
Indio, CA 92203


Alyson M Kreizinger
44201 W Sundown Crest Drive
La Quinta, CA 92253


Alyssa Grunnet
37930 Emerson Dr
Palm Desert, CA 92211


Amie Garcia
21 Chandra Ln
Rancho Mirage, CA 92270


Anastasia Piano
PO BOX 2995
Rancho Mirage, CA 92270-2995


Andrew Killeen
40300 Washington St Apt I-204
Indio, CA 92203


Angelica Gasu
84478 Pedro Drive
Coachella, CA 92236


Angelica Vazquez
32720 Rancho Vista Dr
Cathedral City, CA 92234

Ani Kakoussian
49070 Marimba Court
La Quinta, CA 92253


Anne Levu
36372 Dali Drive
Cathedral City, CA 92234


Ashley Busenius Coy
71705 Painted Canyon Road
Palm Desert, CA 92260


Ashley Joyce
2334 N Ace Circle
Palm Springs, CA 92262


Attorney General of the US***
US Attorney's Office
Central District of California
300 N. Los Angeles St., Suite 7516
Los Angeles, CA 90012


Attorney General's Office***
United States Department of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044


Barbara Bartosik
78799 La Rosa Way
Palm Desert, CA 92211


Bernhard Brandenburg
35449 Sereno Lake
Rancho Mirage, CA 92270

Bernhard Brandenburg
35449 Sereno Lane
Palm Desert, CA 92211


Bettyann Sator
48980 Wildwood Lane
Palm Desert, CA 92260


Brenda Acerp
43362 Arabia St
Indio, CA 92201-2108


Briana Jordan
35631 Pasini Terrace
Palm Desert, CA 92211


Brittney Chorpenning
6 Taylor Ave
Palm Desert, CA 92260


Burrtec Waste & Recycling Services
41575 Eclectric Street
Palm Desert, CA 92260


Carlos Perales
46501 Monte Verde St
Indio, CA 92201-5750


Carolyn Bourget
5 Marbella Dr
Rancho Mirage, CA 92270

Carolyn Doria
78550 Vista Del Fuente
Indian Wells, CA 92210-9162


Christopher Griffin
561 N Chiquita Circle
Palm Springs, CA 92262


Cindy Habibipour
3973 Vista Verde
Palm Springs, CA 92262


Claire Love
29 San Juan Dr
Rancho Mirage, CA 92270


Clairessa Delgado Shadrick
78815 W Harland Dr
La Quinta, CA 92253


Coachella Valley Water District
P.O. Box 5000
Coachella, CA 92236-5000


Cole Griffis
113 Azzuro
Palm Desert, CA 92211


Damien Bastin
1800 N WhiteWater Club Drive
Palm Springs, CA 92262

Danielle Hemple
81595 Merv Griffin Way
La Quinta, CA 92253

David Castagna
115 Calle de las Rosas
Rancho Mirage, CA 92270

David Zhou
67372 Rio Plata Rd
Cathedral City, CA 92234

Deston Bennett
77543 Malone Cir.
Palm Desert, CA 92211

Diana Ibarra
48587 Marin Ct
Indio, CA 92201

Dilangani Dana Ratnayake
36128 Artisan Way
Cathedral City, CA 92234

Edie Delegans
43307 Lacovia Dr
Indio, CA 92203

Edith Rebollar Miranda
84853 Calle Lya
Coachella, CA 92236

Elena Bulatova
70442 Verlaine Dr
Rancho Mirage, CA 92270


Elizabeth Marron
45-963 Colgate Court
Indio, CA 92201


Elleni Gizaw
P.O BOX 522
Rancho Mirage, CA 92270


Elysia Rotaru
43641 Chapelton Dr
Indio, CA 92203


Emma-Lee Murdock
57983 Joshua Lane
Yucca Valley, CA 92284


Employment Development Department**
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Eric Hesson
3155 E Escoba Dr Apt 293
Palm Springs, CA 92264


Eric Todorski
75285 Buckley Drive
Palm Desert, CA 92211

Evan Diamantakos
33 Cassis Cir
Rancho Mirage, CA 92270


FCI Lender Services, Inc.
Attn: Agent for Service of Process
8180 E. Kaiser Boulevard
Anaheim, CA 92808


FCI Lender Services, Inc.
PO Box 27370
RE: Acct No xxxxx9910
Anaheim, CA 92809-0112


Franchinse Tax Board Chief Counsel*
C/O General Counsel Section
PO Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720


Franchise Tax Board*
Bankruptcy Section, MS: A340
PO Box 2952
Sacramento, CA 95812-2952


Gabrielle Guzman
52360 Avenida Carranza
La Quinta, CA 92253-3351


Gena Alexander
PO BOX 1051
Melbourne, FL 32902


Genevieve Tuveson
72540 Betty Lane
Rancho Mirage, CA 92270

Geoffrey Jowett
241 E La Verne Way Unit B
Palm Springs, CA 92264

Gerry Macutay
18 Bentley Road
Rancho Mirage, CA 92270

Grant Kisling
529 Via Assisi
Cathedral City, CA 92234

Haleigh A van der Linde
222 W Via Sol
Palm Springs, CA 92262

Heather Beatty
36-101 Bob Hope Dr., #E5-262
Rancho Mirage, CA 92270

Heather Sanders
68405 Encinitas Road
Cathedral City, CA 92234

Henry Nguyen
6656 San Haroldo Way
Buena Park, CA 90620

Iain Cumming
1901 Cadiz Circle
Palm Springs, CA 92264

```
Internal Revenue Service*
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Irene G Torres
44762 Fuego Ct
Indio, CA 92203


Irene Torres
Irenegorgor@gmail.com
Indio, CA 92203


Ivan Barbosa
74-501 42nd ave #P161
Palm Desert, CA 92260


Jacob E Erenberg
41222 Harvey Mudd Dr.
Palm Desert, CA 92211


Jacob K Gomez
840 Kensington Dr
Redlands, CA 92374


James Lipman
67800 Foothill Road
Cathedral City, CA 92234


Janelle Burdette Redden
76287 Yale Way
Palm Desert, CA 92211
```

Janet Puetz
78441 Montego Bay Circle
Indio, CA 92203


Jazmine Graham
77350 Minnesota Ave
Palm Desert, CA 92211


Jazmine Graham
77350 Minessota Avenue
Palm Desert, CA 92211


Jennifer Amrbruster
406 Oakmont Drive
Palm Desert, CA 92211


Jennifer Traub
39857 Desert Sun Drive
Rancho Mirage, CA 92270


Jesse Huskey
1476 E San Lorenzo Rd
Palm Springs, CA 92264


Jesse Perales
46541 Chia Circle
Indio, CA 92201


Jessica Greene
6 Cromwell Court
Rancho Mirage, CA 92270

Jing Yu
82777 Sutton Drive
Indio, CA 92203


Joel Chavez
68725 Concpetion Road
Cathedral City, CA 92234


Joel Chavez Cortez
85546 Brenda Lane
Coachella, CA 92236


Johannes Alexander Boecker
1440 Sabita Way
Palm Springs, CA 92262


John Nevin
69704 Camino Pacifico
Rancho Mirage, CA 92270


Jonathan Plascencia
43100 Palm Royale Dr Apt 1616
La Quinta, CA 92253


Josh Zipperman
2455 Camino Vida
Palm Springs, CA 92264


JOSHUA C ERENBERG
41222 Harvey Mudd Dr
Palm Desert, CA 92211-2991

Josue S Gil Valle
86138 Calle Geranio
Coachella, CA 92236


Judith Arnstein
171 Torremolinos Dr
Rancho Mirage, CA 92270


Kaira Nayfack
75270 Buckley Dr
Palm Desert, CA 92211-5840


Karen Pariser
35 Mission Ct
Rancho Mirage, CA 92270


Katrina Lopez
68218 Calle Bonita
Desert Hot Springs, CA 92240


Kayla Polk
80543 Philiadelphia Ave
Indio, CA 92201


Kelley Kuskey
PO Box 10990
Palm Desert, CA 92255


Kenneth M Erenberg
41222 Harvey Mudd Dr.
Palm Desert, CA 92211

Kerry A Ravenna
81633 Avenida Parito
Indio, CA 92203

Kerry Maguire
79590 Port Royal Ave.
Indio, CA 92203

Kevin Doran
35 Scarborough Way
Rancho Mirage, CA 92270

Kevin S. Wattles, Esq.
Steven S Nimoy, Esq.
SOLTMAN & WATTLES, LLP
90 E. Thousand Oaks Blvd, Ste. 300
Thousand Oaks, CA 91360

Kevin Totems
37 Calle De Norte
Rancho Mirage, CA 92270

Kevin Wiseman
74179 Pele Place
Palm Desert, CA 92211

Kiana Belton
81531 Avenida Estuco
Indio, CA 92203

Kimberly Miranda
65955 14th St
Desert Hot Springs, CA 92240

Kimberly T Brady
2255 Miramonte Cir W Unit A
Palm Springs, CA 92264


Kylie William
238 Strada Fortuna
Palm Desert, CA 92260


KYRA TANNER
11 Lake Mendocino Drive
Rancho Mirage, CA 92270


Leaf
PO Box 5066
Hartford, CT 06102-5066


Lester Kiss
1640 Stonehedge Road
Palm Springs, CA 92264


Liane Walker
78395 Crestview Terrace
La Quinta, CA 92253


Lillian Bianchi
767 N Calle Rolph
Palm Springs, CA 92262


Lina Coronado
46566 Bradshaw Trail
La Quinta, CA 92253

Lori A Drgastin
37 La Costa Dr
Rancho Mirage, CA 92270


Luis Hernandez
38300 Rancho Los Coyotes Dr
Indio, CA 92203-9404


Luz Berumen
68120 Marina Road
Cathedral City, CA 92234


Mabelle Mendoza
74472 Xander Court
Palm Desert, CA 92211


Magdalena Kalter
6 Pyramid Lake Court
Rancho Mirage, CA 92270


Mallory Johnson
41618 Morningside Ct
Rancho Mirage, CA 92270


Manuel Suero
1046 Bella Vista
Palm Springs, CA 92264


Marissa Woodard
69145 Garner Avenue
Cathedral City, CA 92234

Mark Renker
21600 W Oxnard St, Suite 1180
Woodland Hills, CA 91367


Marsha Dean
78322 Silver Sage Drive
Palm Desert, CA 92211


Matt Cavnar
1456 E San Lorenzo Road
Palm Springs, CA 92264


Maxwell Lifschutz
81842 Thoroughbread
La Quinta, CA 92253


Melissa Patino
P.O.Box 155
Cathedral City, CA 92235


Melissa Winn
68105 Seven Oaks Place
Cathedral City, CA 92234


Michael Bagheri
12 Ivy League Circle
Rancho Mirage, CA 92270


Michael Behrens
15 Collegiate Circle
Rancho Mirage, CA 92270

Michael Kolodzi
54 Oak Tree Drive
Rancho Mirage, CA 92270


Michele Greer
41096 Maxwell Ct
Indio, CA 92203


Michelle Ferreira
64550 Pierson Blvd #45
Desert Hot Springs, CA 92240


Michelle Ferreira
64550 Pierson Blvd#45
Desert Hot Springs, CA 92240


Michelle Garrido
4280 Paladio Court
Palm Springs, CA 92262


Michelle Ho
33892 Whispering Palms Trail Unit 1
Cathedral City, CA 92234


Mikel Lomsky
222 West Camino Alturas
Palm Springs, CA 92264


Mohamed Abdelhay
70200 Dillon Rd #366
Desert Hot Springs, CA 92241

Molly Gale Beck
661 Via Firenze
Cathedral City, CA 92234


Monica Mathews
45725 Via Corona
Indian Wells, CA 92210


Mortgage Vintage, Inc.
260 Newport Center Drive
Attn: Agent for Service of Process
Newport Beach, CA 92660


Naga Bommisetty
74404 Nichols Dr
Palm Desert, CA 92211


Nakisha R Lacey
341 S Sunrise Way Apt P8
Palm Springs, CA 92262


Navin Hemrajani
2304 N Milo Drive
Palm Springs, CA 92262


Nermana Khan
43910 El Lucero Place
Temecula, CA 92592


Nik Lozano
58440 Lisbon Drive
Yucca Valley, CA 92284

Oded Ran
8 Strauss Terrace
Rancho Mirage, CA 92270


Patrick Service
2791 Tecpopa Lane
Palm Springs, CA 92264


Paul Antle
83 Royal Saint Georges Way
Rancho Mirage, CA 92270


Paul Cotterell
72820 Davis Road
Palm Desert, CA 92260


Paul Lewin
16 Summer Sky Circle
Rancho Mirage, CA 92270


Peter Koehler
100 Warwick Pl
South Pasadena, CA 91030


Philippe Bottine
27 Clancy Lane Estates
Rancho Mirage, CA 92270


Pluto Investments US, Inc., a Delaw
83 Royal Saint Georges Way
Rancho Mirage, CA 92270

Priscilla Mullen
111 Santa Rita Place
Banning, CA 92220


Rajdeep Brar
35887 Matisse Dr
Palm Desert, CA 92211


Raul Garcia
971 N. Avenida Olivos
Palm Springs, CA 92262


Rebecca Chaffins
81-225 Begonia Ct
Indio, CA 92201


Reuben Scchy
83902 Caballo Court
Indio, CA 92203


Richard Landry
1818 S. Sepulveda Blvd.
Los Angeles, CA 90025


Riverside County Tax Collector*
PO Box 12005
Riverside, CA 92502-2205


Rob Rollins
73929 Van Gogh Dr
Palm Desert, CA 92211

Ronald Ristaino
253 Via Martelli
Rancho Mirage, CA 92270


Rosemina Bagherpour
7 Maurice Ct
Indio, CA 92201


Sabrina Eaton
9 Mount San Jacinto Circle
Rancho Mirage, CA 92270


Sari Samuels
1055 W Chino Canyon Rd
Palm Springs, CA 92262


Saundra Vild
75419 La Cresta Dr
Palm Desert, CA 92211


SBA Network Services, LLC
5900 Broken Sound Parkway NW
Attn: Officer, Director or
Managing Agent
Boca Raton, FL 33487


SBA Network Services, LLC
Attn: Agent for Service of Process
801 US Hwy 1
North Palm Beach, FL 33408


Scarlette E Reyes
50766 Calle Cebrino
Coachella, CA 92236-7392

Scott Pretorius
505 North Hermosa Drive
Palm Springs, CA 92262


Shayami Ristaino
253 Via Martelli
Rancho Mirage, CA 92270


Shibani Medina
42407 Marzio Way
Indio, CA 92203


Silvia Flores
3155 E Ramon Road#501
Palm Springs, CA 92264


Simona Patierno
142 Royal Saint Georges Way
Cathedral City, CA 92234


So Cal Gas
PO Box C
Monterey Park, CA 91756


Southern California Edison
PO Box 300
Rosemead, CA 91772-0002


Southern California Edison
PO Box 6400
Rancho Cucamonga, CA 91729-6400

Spectrum Business
Charter Communications
Box 223085
Pittsburgh, PA 15251-2085


Spectrum Business
1900 Blue Crest Ln
San Antonio, TX 78247


Stacey J Avalos
66078 7th St.
Desert Hot Springs, CA 92240


Stephanie Bassanelli
75 Claret
Rancho Mirage, CA 92270


Stephanie Castro
11619 Sky Pointe Dr
Desert Hot Springs, CA 92240


Summer Belden
43600 Texas Ave
Palm Desert, CA 92211


Sunaina Bajaj
10 Chandon Court
Rancho Mirage, CA 92270


Susan Archer
35107 Vista Del Aqua
Rancho Mirage, CA 92270

Susana Volnova
81246 Francis Ave
Indio, CA 92201


Susanne Zachik
38649 Paradise Way
Cathedral City, CA 92234


Suzanne Nelson
39738 Narcissus Way
Palm Desert, CA 92211


Ted Bose
17 Shasta Lake Drive
Rancho Mirage, CA 92270


Tessa Smith
79918 Swansea Ave
Indio, CA 92203


Tiaunia Henry
15 Lake Tahoe Drive
Rancho Mirage, CA 92270


Tim West
70460 Mottle Circle
Rancho Mirage, CA 92270


Tower Entity 4, LLC
c/o Tower Co Acquisition LLC
5000 Valleystone Drive
Attn: Officer, Dir or Mng Agent
Cary, NC 27519

Tower Entity 4, LLC
Attn: Agent for Service of Process
CSC-Lawyers Inc
2710 Gateway Oaks Drive
Sacramento, CA 95833

Towerco Assets LLC
5000 Valleystone Drive
Attn: Officer, Director or Managing
Agent
Cary, NC 27519

TowerCo Assets, LLC
Attn:  Agent for Service of Process
5000 Valleystone Drive, Ste 200
Cary, NC 27519

Tracy Bacal
75694 Axis Court
Palm Desert, CA 92211

Travis Dunn
52 Sherwood Road
Rancho Mirage, CA 92270

Vahe Oksazian
80406 Portobello Dr
Indio, CA 92201

Vicente Fuentes
35751 Gateway Dr, Unit G704
Palm Desert, CA 92211-5840

Whitney Ball
73669 Amir Drive
Palm Desert, CA 92260

Xiaomei Liu
30288 Akexander Drive
Cathedral City, CA 92234


Yann Dacquay
51601 Via Bendita
La Quinta, CA 92253


Zachary Marks
624 Hospitality Drive
Rancho Mirage, CA 92270


Zachary Zleetni
1055 W Chino Canyon Road
Palm Springs, CA 92262-2706


Zack Jue
76943 Tomahawk Run
Indian Wells, CA 92210


Zineb Chahboun
54259 Southern Hills
La Quinta, CA 92253


Zion Bancorporation, N.A.
dba California Bank & Trust
Attn:  Officer, Director & Managing
11622 El Camino Real, Suite 200
San Diego, CA 92130


Zions Bancorporation, N.A.
dba California Bank & Trust
Attn: Agent for Service of Process
11622 El Camino Real, Suite 200
San Diego, CA 92130

Zorina Mor
6 Lake Mendocino Drive
Rancho Mirage, CA 92270